# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LEONEL SOTO,** ) | |
| ) | |
| **Movant,** ) | |
| ) | **Case Numbers:** |
| vs. ) | **2:12-cv-08015-CLS-SGC** |
| ) | **2:09-cr-00153-CLS-SGC** |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |

## MEMORANDUM OPINION

On July 7, 2015, the magistrate judge entered a sealed report recommending the above-captioned Motion to Vacate, Set Aside, or Correct Sentence filed pursuant to 28 U.S.C. § 2255 be denied. (Doc. 12). The magistrate judge further recommended a certificate of appealability be denied, pursuant to Rule 11 of the *Rules Governing 2255 Proceedings*. The time to object has passed, and no objections have been filed.

After careful consideration of the record in this case and the magistrate judge's report, the court hereby **ADOPTS** the report of the magistrate judge, and **ACCEPTS** her recommendations. In accordance with the recommendations, the court finds: (1) all claims based on the failure to file a substantial assistance motion, including any related ineffective assistance of counsel claims, will be **DENIED** as **MOOT**; (2) all

other claims for ineffective assistance of counsel will be **DENIED** and **DISMISSED WITH PREJUDICE**; and (3) all claims that the sentence imposed in this case is unreasonable will be **DENIED** and **DISMISSED WITH PREJUDICE**, except that any claims sounding in 28 U.S.C. § 2241 will be **DISMISSED WITHOUT PREJUDICE**.  Additionally, a certificate of appealability will be **DENIED**.  A separate order will be entered.

      DONE this 29th day of July, 2015.

                                                      _____
                                                      United States District Judge