## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **LEONEL SOTO,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | **Case Numbers:** |
| **vs.** | ) | **2:12-cv-08015-CLS-SGC** |
| | ) | **2:09-cr-00153-CLS-SGC** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

### FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously herewith and with Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion to Vacate, Set Aside, or Correct Sentence filed pursuant to 28 U.S.C. § 2255 is **DENIED**. Specifically: (1) all claims based on the failure to file a substantial assistance motion, including any related ineffective assistance of counsel claims, are **DENIED** as **MOOT**; (2) all other claims for ineffective assistance of counsel are **DENIED** and **DISMISSED WITH PREJUDICE**; and (3) all claims that the sentence imposed in this case is unreasonable are **DENIED** and **DISMISSED WITH PREJUDICE**, except that any claims sounding in 28 U.S.C. § 2241 are **DISMISSED WITHOUT PREJUDICE**. A certificate of appealability is **DENIED**. The parties shall bear their respective

costs.

      DONE and ORDERED this 29th day of July, 2015.

                                   _____
                                   United States District Judge